TO; COURT OF CRIMINAL APPEALS OF TEXAS

FROM; Stephen Richardson Appellant

RE; In Reference to written Correspondence sent to FOURTH COURT OF Appeals DISTRICT Clerk KEITHE, HOttLE ON and about December 11TH 2014 Cause No. 2010 CR-10629

On December 11-14 a Certified copy of a letter of <u>Statements of facts</u> was forwarded to the fourth Court of Appeals in reference above. I was indicted October 25-10 for a MURDER Charge Penalcode 19.02 Cause No. CR-10629 I went to trial for the offense of MURDER May 1-12 threw May 8-12 and the District Court of 399TH Judicial District, the trial JUDGE was <u>Juanita A. Vasquez Gardner</u>, and my Trial attorney Name was Michael L. Cohen, my clothe's and Jewelry was Used as evidence doing trial, my attorney Cross examine the eye witnesses for the state <u>MR Robert Cadena</u> would admit that he embellished the account to the 911 Operator to get faster Police respone embillish - <u>enhance with fictitious additions</u>, he then would include two assailants and a gun. well the Jury rule Not Guilty for the offense of MURDER Penal code 19.02 Cause No. 2010 CR-10629 and the JUDGE Juanita A. Vasquez Gardner 399TH District Court Judicial District had Dismissed and Acquitted the Case, she also while, doing trial told the Jury if they couldn't find me Guilty of MURDER, to see if they could find me Guilty of a lesser of a offense like Manslaughter. my attorney argue mistrial, I was Never reindicted Nor arrested for the offense of Manslaughter, which am being held falsey incarcerated and Double Jeopardy, am requesting for a Appeal attorney, The Appellant also Prays that the <u>Court of Criminal Appeals of Texas</u>, responde to this and Prior Correspondence in Order to be informed as to the time and date of the filing of this and any other Prevision Written Corresponced.

Thank's, and any assistance in this Matter will be graciously accepted.

#1795088

Stephen Richardson
Appellant          Pro se
Wayne Scott facility
6999 Retrieve Rd
Angleton, Tx 77515

Cause No. 2010 CR-10629

Stephen Richardson
V

THE STATE OF TEXAS

IN THE DISTRICT COURT
399TH Judicial District
Bexar County, Texas

## APPLICATION FOR APPOINTMENT OF ATTORNEY

TO THE HONORABLE JUDGE OF SAID COURT;

"I am the Appellant in the above numbered and entitled cause, and I am Wholly destitute of means to Provide Counsel, and hereby request the Court to appoint Competent counsel to represent me in this Cause,

Respectfully Submitted

_Stephen Richardson_
Appellant

## ORDER

I hereby appoint_____, an attorney found by the court to be competent to respresent the Appellant in the above numbered and entitled cause, and to continue to respresent the Appellant until the case is concluded including appeal, if any, or until released by written order of this Court.

_____
Judge Presiding

Cause No. 2010 CR-10629

Stephen Richardson
                Vs

THE STATE OF TEXAS

IN THE DISTRICT COURT
399TH Judicial District
Bexar County, Texas

## PAUPERS OATH

TO THE HONORABLE JUDGE OF SAID COURT

Comes now Stephen Richardson Appellant in the above styled and numbered Cause who deposes and says; that he is a Citizen of the United States, and is the Defendant in this Cause and feels he has a good and just cause of action, that he is an indigent Person without funds and he is therefore Unable to Pay the Costs of Prosecuting the above and foregoing action or to give Security thereof, and therefore requests the Courts Permission to Proceed in forma Pauperis

_____
Appellant

STATE OF TEXAS

County OF Bexar

Before me the undersigned authority on this day personally appeared_____
who stated on oath that the information contained in the foregoing instrument is true and Correct.

Give under my seal of office on this the ____ day of _____ 20__

_____
Notary Public



# Unsworn Declaration By Offender

I Stephen Richardson  T.D.C.J# 1795088  being Presently incarcerated in the Wayne Scott Facility located and Brazoria, county Angleton, Texas declare under Penalty of Perjury that the foregoing instrument is true and Correct,

Signed on this the 31ᵗʰ day of December 2014

*Stephen Richardson*
Appellant

Cause No 2010 CB-10629

Stephen Richardson
    Vs

THE STATE OF TEXAS.

IN THE DISTRICT COURT
399th Judicial District
Bexar County, Texas

## MOTION TO SET

TO THE HONORABLE JUDGE OF SAID COURT;

Comes now Stephen Richardson Appellant in the above styled and numbered Cause and files this, his Motion to Set, and requests the Court set said Cause for Hearing/Trial on the ____th day of _____ 20__ at ____ ____M., in the ____th District Court, Bexar County, Texas 78205

Respectfully Submitted

_Stephen Richardson_
Appellant

_____
Attorney for Appellant

# CERTIFICATE OF SERVICE

I hereby certify that on this the __31__ Th day of __December__, 2014 a true and correct copy of the above and foregoing Motion to set was transmitted to the office of the Bexar County Criminal District Attorney, Criminal Justice Center, 300 Dolorosa, San Antonio, Texas 78205

_____Stephen Richardson_____
Appellant

# ORDER

On this the ____ day of _____ 20 __ came on to be Appellants Motion to set and said motion is hereby

( ) GRANTED                    ( ) DENIED

Signed this the ____ day of _____ 20 __

_____
JUDGE    Presiding